UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEMETRIUS WILLIS,

    Defendant.
_____/

Case: 2:22-cr-20410
Assigned To : Michelson, Laurie J.
Referral Judge: Grey, Jonathan J.C.
Assign. Date : 8/4/2022
Description: IND USA V. WILLIS

Violation:
    18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 922(g)(1) – Possession of a Firearm by a Convicted Felon

On or about July 26, 2021, in the Eastern District of Michigan, the defendant, Demetrius Willis, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Springfield Armory, model XDs, 9 millimeter, semiautomatic handgun, said firearm having previously been in or affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purposes of alleging forfeiture pursuant

to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461.

Upon conviction of the offense set forth in count one, Demetrius Willis shall forfeit to the United States any firearms and ammunition involved in said offense, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461.

**THIS IS A TRUE BILL**.

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney


s/Brandy R. McMillion
BRANDY R. McMILLION
Chief, General Crimes Unit
Assistant United States Attorney


s/Jeremiah G. Smith
JEREMIAH G. SMITH
Special Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9759
Jeremiah.Smith@usdoj.gov

Dated: August 4, 2022

| United States District Court<br>Eastern District of Michigan | Criminal Case ( | Case: 2:22-cr-20410<br>Assigned To : Michelson, Laurie J.<br>Referral Judge: Grey, Jonathan J.C.<br>Assign. Date : 8/4/2022<br>Description: IND USA V. WILLIS |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Companion Case Information

Companion Case Number: 22-cr-20069

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

Judge Assigned: Hon. Stephen J. Murphy, III

☒ Yes     ☐ No

AUSA's Initials: JGS

Case Title: USA v. DEMETRIUS WILLIS

County where offense occurred : Washtenaw

Check One:     ☒ Felony     ☐ Misdemeanor     ☐ Petty

____Indictment/____Information --- no prior complaint.
✓ Indictment/____Information --- based upon prior complaint [Case number: 21-mj-30530 ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].

## Superseding Case Information

Superseding to Case No: _____     Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

August 4, 2022
Date

/s/ Jeremiah G. Smith
Jeremiah G. Smith
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9759
Fax:    (313) 226-2372
E-Mail address: Jeremiah.Smith@usdoj.gov
Attorney Bar #: P80301

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.